IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE DANIELS                                                    PETITIONER

v.                             Civil No. 06-5191

STATE OF ARKANSAS                                                    RESPONDENT

# O R D E R

Petitioner, a prisoner at the Benton County Detention Center, Bentonville, Arkansas, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The following order is entered this 18th day of October 2006:

The State of Arkansas is hereby substituted as respondent and the United States District Clerk is directed to make this substitution on the docket..

IT IS SO ORDERED.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE