IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE DANIELS                                                                          PETITIONER

v.                                             Civil No. 06-5191

STATE OF ARKANSAS                                                                       RESPONDENT

**O R D E R**

Petitioner David Lee Daniels moves for a trial by jury. This is a habeas corpus action under 28 U.S.C. § 2254 in which the district court will determine whether relief is warranted. The motion is hereby denied.

IT IS SO ORDERED this 20th day of October 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE