**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID LEE DANIELS**                                                                                          **PLAINTIFF**

**v.**                                              **Civil No. 06-5191**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                          **DEFENDANT**

**O R D E R**

Now on this 25th day of July, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #13, filed April 17, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Petition under 28 U.S.C. § 2254 is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                                **/s/Jimm Larry Hendren**
                                                                **HON. JIMM LARRY HENDREN**
                                                                **UNITED STATES DISTRICT JUDGE**